**DENIED and Opinion Filed July 26, 2024**



**In the**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-24-00765-CV**

**IN RE KRISTOPHER G. GUILLAUME, Relator**

**Original Proceeding from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-24-00774-B**

## MEMORANDUM OPINION

Before Justices Molberg, Carlyle, and Breedlove
Opinion by Justice Carlyle

Before the Court is relator's June 28, 2024 amended petition for writ of mandamus. Relator, who is proceeding pro se, challenges a judgment in a forcible entry and detainer suit. Relator also requests an immediate stay of all trial court proceedings.

Relator's amended petition does not comply with numerous Texas Rules of Appellate Procedure. *See, e.g.*, TEX. R. APP. P. 52.3(a), (d), (g), (h), (j), (k)(1)(A); TEX. R. APP. P. 52.7(a). Thus, relator's amended petition does not meet the requirements of the Texas Rules of Appellate Procedure for consideration of mandamus relief. *See In re Terrace Heights Owner's Ass'n, Inc.*, No. 05-24-00538-

CV, 2024 WL 2103969, at *1 (Tex. App.—Dallas May 10, 2024, orig. proceeding) (mem. op.) (denying mandamus relief based on relator's failure to comply with several Texas Rules of Appellate Procedure).

Accordingly, we deny relator's amended petition. We also deny as moot relator's request for a stay.

/Cory L. Carlyle/
CORY L. CARLYLE
240765F.P05                                        JUSTICE